# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DANNIE DOBY,

    Plaintiff,

vs.                                      1:08-CV-15-SPM/AK

UNITED STATES OF AMERICA,

    Defendants.

_____/

## ORDER EXTENDING TIME FOR DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiff's "Renewed Motion to Extend the Discovery Deadline and Reset the Pre-Trial and Trial" (doc. 32), filed June 26, 2009. As grounds for the motion, the Plaintiff states that additional time is necessary to complete discovery, as the Plaintiff's expert must receive the Plaintiff's pathology slides before the Plaintiff can provide expert discovery. Defendant's Counsel has represented to the Court that the Defendant does not oppose this motion.

The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion (doc. 32) is *granted*.

2.    The deadline for Plaintiff to provide expert discovery disclosures is *September 4, 2009*.

3.    The deadline for the Defendant to respond to Plaintiff's expert

discovery disclosures is *October 5, 2009*.

4. The Court shall enter a new scheduling order in accordance with the extended discovery deadlines.

**DONE AND ORDERED** this <u>fourteenth</u> day of July, 2009.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
Chief United States District Judge